SEALED

FILED IN OPEN COURT
ON 8-1-18 BG
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:18-CR-135-1D(4)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | I N D I C T M E N T |
| ) | |
| MARIA RUFINA CASTILLO-BOSWELL ) | |

The Grand Jury charges that:

### COUNT ONE

On or about February 16, 2016, in the Eastern District of North Carolina, the defendant, MARIA RUFINA CASTILLO-BOSWELL, did knowingly make a false statement and claim that she was a citizen of the United States in order to register to vote, in violation of Title 18, United States Code, Section 1015(f).

[remainder of page intentionally left blank]

1

## COUNT TWO

On or about November 8, 2016, in the Eastern District of North Carolina, the defendant, MARIA RUFINA CASTILLO-BOSWELL, an alien, knowing she was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).

A TRUE BILL



FOREPERSON

7-31-18

DATE

ROBERT J. HIGDON, JR.
United States Attorney

*Sebastian Kielmanovich*
BY: SEBASTIAN KIELMANOVICH
Assistant United States Attorney

2